FILED
2018 Jan-12 PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MADISON COUNTY SHERIFF BLAKE DORNING and MADISON COUNTY, ALABAMA, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| VS. | ) CASE NO. 5:15-cv-01997-HNJ ) |
| EVANSTON INSURANCE COMPANY; ADVANCED CORRECTIONAL HEALTHCARE, INC.; and FICTITIOUS DEFENDANTS 1-10, | ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

**DEFENDANT ADVANCED CORRECTIONAL HEALTHCARE, INC.'S
EVIDENTIARY SUBMISSION IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, Advanced Correctional Healthcare, Inc. ("ACH" or "Defendant"), by and through undersigned counsel, hereby files this evidentiary submission in support of its motion for summary judgment.

A.   May 12, 2017 Deposition of Norman Johnson, M.D. as corporate designee for ACH (complete transcript and exhibits) is attached hereto as <u>Exhibit A</u>.

B.   July 27, 2017 Deposition of Sheriff Blake Dorning (complete transcript and exhibits) is attached hereto as <u>Exhibit B</u>.

C. June 13 and 21, 2017 Deposition of Jeff Rich as corporate designee for Madison County, Alabama (complete transcript and exhibits) is attached hereto as Exhibit C.

D. February 11, 2016 Deposition of Gordon Stephen Morrison (complete transcript and exhibits) is attached hereto as Exhibit D.

E. July 11, 2017 Deposition of Robert Bielenberg (complete transcript and exhibits) is attached hereto as Exhibit E.

F. January 25, 2017 Deposition of Jagady Blue (complete transcript and exhibits) is attached hereto as Exhibit F.

G. Amended Complaint dated September 2, 2015 filed in the Circuit Court of Madison County, Alabama (CV 2015-53) is attached hereto as Exhibit G.

H. Second Amended Complaint dated October 31, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1309) is attached hereto as Exhibit H.

I. Answer of Defendant Madison County dated October 14, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1309) is attached hereto as Exhibit I.

J. Answer of Defendant Sheriff Blake Dorning dated October 14, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1309) is attached hereto as Exhibit J.

K.    Answer of Defendant Advanced Correctional Healthcare, Inc. dated October 14, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1309) is attached hereto as Exhibit K.

L.    Order of Dismissal dated October 6, 2016 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1309) is attached hereto as Exhibit L.

M.    Amended Complaint dated October 29, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1964) is attached hereto as Exhibit M.

N.    Defendant's Unopposed Motion for Extension of Time to Respond to Complaint dated November 4, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1964) is attached hereto as Exhibit N.

O.    Defendant's Unopposed Motion for Extension of Time to Respond to Complaint dated November 11, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1964) is attached hereto as Exhibit O.

P.    Order of Dismissal dated February 2, 2017 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1964) is attached hereto as Exhibit P.

Q. Plaintiff's First Amended Complaint dated October 29, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1959) is attached hereto as Exhibit Q.

R. Alabama Center for Health Statistics, Alabama Certificate of Death dated October 31, 2013 is attached hereto as Exhibit R.

S. Letters from fellow inmates (Plaintiff_000358-60, 366) are attached hereto as Exhibit S.

T. Defendant's Unopposed Motion for Extension of Time dated November 4, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1959) is attached hereto as Exhibit T.

U. Defendant's Motion for Extension of Time dated November 11, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1959) is attached hereto as Exhibit U.

V. Stipulation of Dismissal dated July 25, 2017 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1959) is attached hereto as Exhibit V.

W. Plaintiff's First Amended Complaint dated June 8, 2017 filed in the United States District Court for the Northern District of Alabama (5:16-CV-521) is attached hereto as Exhibit W.

X. Answer of Advanced Correctional Healthcare, Inc. dated April 25, 2016 filed in the United States District Court for the Northern District of Alabama (5:16-CV-521) is attached hereto as <u>Exhibit X</u>.

Y. Motion to Dismiss Sheriff Blake Dorning dated April 25, 2016 filed in the United States District Court for the Northern District of Alabama (5:16-CV-521) is attached hereto as <u>Exhibit Y</u>.

Z. Motion to Dismiss Madison County, Alabama dated April 25, 2016 filed in the United States District Court for the Northern District of Alabama (5:16-CV-521) is attached hereto as <u>Exhibit Z</u>.

AA. Order dated August 29, 2017 filed in the United States District Court for the Northern District of Alabama (5:16-CV-521) is attached hereto as <u>Exhibit AA</u>.

BB. Plaintiff's First Amended Complaint dated January 30, 2017 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as <u>Exhibit BB</u>.

CC. Motion to Dismiss Blake Dorning dated December 12, 2016 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as <u>Exhibit CC</u>.

DD. Motion to Dismiss Madison County dated December 12, 2016 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as Exhibit DD.

EE. Answer dated December 12, 2016 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as Exhibit EE.

FF. Scheduling Order dated August 7, 2017 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as Exhibit FF.

GG. Motion to Dismiss Madison County dated February 13, 2017 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as Exhibit GG.

HH. Memorandum Opinion and Order dated March 13, 2017 filed in the United States District Court for the Northern District of Alabama (5:16-CV-1166) is attached hereto as Exhibit HH.

II. Motion to Dismiss Second Amended Complaint dated November 26, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1309) is attached hereto as Exhibit II.

JJ.     Motion to Dismiss First Amended Complaint dated November 26, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1964) is attached hereto as Exhibit JJ.

KK.     Motion to Dismiss First Amended Complaint dated November 26, 2014 filed in the United States District Court for the Northern District of Alabama (5:14-CV-1959) is attached hereto as Exhibit KK.

LL.     May 12, 2017 Deposition of Jessica Young (complete transcript and exhibits) is attached hereto as Exhibit LL.

MM.    Letter to Plaintiffs from Hand Arendall dated October 24, 2016 is attached hereto as Exhibit MM.

NN.    November 28, 2017 Deposition of Jagady Blue (complete transcript and exhibits) is attached hereto as Exhibit NN.

Respectfully submitted this the 12th day of January, 2018.

/s/ H. Harold Stephens
H. Harold Stephens
Harold D. Mooty, III
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL  35801
Telephone:  (256) 517-5100
E-mail:    hstephens@bradley.com
           hmooty@bradley.com
*Counsel for Advanced Correctional Healthcare, Inc.*

3/40827535.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 12th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David J. Hodge, Esq.
Joseph D. Aiello, Esq.
Morris, King & Hodge, P.C.
200 Pratt Avenue, NE
Huntsville, AL  35801
*Counsel for Plaintiffs*

F. Lane Finch, Esq.
Brandon J. Clapp, Esq.
Swift Currie McGhee & Hiers LLP
2 North 20th Street, Suite 1405
Birmingham, AL  35203
*Counsel for Evanston Insurance Company*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        NONE

        /s/ H. Harold Stephens
        Of Counsel

3/40827535.1