FILED

2018 Jan-12  PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Jeff Rich**

| | |
|---|---|
| **From:** | Trey Ireland <HCI@phm-law.com> |
| **Sent:** | Friday, October 31, 2014 3:35 PM |
| **To:** | Jeff Rich |
| **Subject:** | RE: ACH cases |

Perfect. Thanks

Trey Ireland
Porterfield, Harper, Mills, Motlow & Ireland
22 Inverness Center Parkway
Suite 600
Birmingham Al 35242
(o) 205-949-3718
(c) 205-612-7837

-------- Original message --------
From: Jeff Rich
Date:10/31/2014 3:23 PM (GMT-06:00)
To: Trey Ireland
Cc: "Christie J. Strange" ,"George Royer (GWR@LanierFord.com)"
Subject: RE: ACH cases

I have a call scheduled with onebeacon Monday morning.  I will let the examiner know to expect a call sometime after that.

Barbara McConnell / Examiner / OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct: 303.531.3833 /
Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 / www.onebeacon.com

**From:** Trey Ireland [mailto:HCI@phm-law.com]
**Sent:** Friday, October 31, 2014 2:22 PM
**To:** Jeff Rich
**Cc:** Christie J. Strange
**Subject:** ACH cases

Jeff

The adjuster for ACH's insurance carrier want to talk to the OneBeacon adjuster. Do you have contact info on that individual I can pass along to them. Thanks.

Trey Ireland

1

CONFIDENTIAL                    MADISON COUNTY 01190

Porterfield, Harper, Mills, Motlow & Ireland
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
e-mail: ireland@phm-law.com
(o) 205-949-3718
(f) 205-949-3763
(cell) 205-612-7837

# PORTERFIELD
## HARPER MILLS MOTLOW & IRELAND

**CONFIDENTIALITY NOTICE**

This communication contains information which is legally privileged and confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding, or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender and then delete the communication and destroy any copies. Thank you.

CONFIDENTIAL                    MADISON COUNTY 01191

From:          Jessica Young <jyoung@advancedch.com>
Sent:          Wednesday, December 24, 2014 11:49 AM
To:            Jagady Blue
Cc:            Dr Johnson; Peter Jennetten
Subject:       Fwd: Listau, Woods and Jefferson insurance and indemnification issues
Attachments:   ATT00001.htm

Hi Jagady,

███████████████████████████████████████████████████████████

Sent from my iPhone

Begin forwarded message:

> **From:** "Jeff Rich" <jrich@madisoncountyal.gov>
> **To:** "McConnell, Barbara L." <BMcconnell@OneBeacon.com>
> **Cc:** "Jessica Young" <jyoung@advancedch.com>, "Dr Johnson" <drj@advancedch.com>,
> "George Royer (GWR@LanierFord.com)" <GWR@LanierFord.com>, "Chief S. Morrison
> (smorrison@madisoncountyal.gov)" <smorrison@madisoncountyal.gov>
> **Subject: Listau, Woods and Jefferson insurance and indemnification issues**
>
> Barb, I have attached the ACH contract for your easy reference. The relevant provisions are
> found in paragraphs 6(a) and 6(b). Madison County and the Sheriff have yet to receive a
> response to their demands for indemnification under paragraph 6(b). The contractual
> indemnification issue is separate from the insurance issue which is dictated by paragraph 6(a) of
> the agreement. I have repeatedly asked ACH's insurance counsel about this and gotten no
> substantive response to my inquiries or my written demands to ACH. The lack of response is
> troubling. Likewise, the response of Essex adjuster concerning the insurance issues is
> troubling. First, I believe there has only been correspondence about the listau case. Neither
> ACH nor its insurer has responded in writing concerning the Woods and Jefferson cases. The
> response to Listau is not consistent with ACH's contract. The contract clearly says that ACH's
> insurance is primary. Under Alabama law, the duty to defend is broader than the duty to
> indemnify and they should be paying all of the defense cost in my opinion.
>
> I do not want to create issues in the underlying lawsuits but these issues have lingered long
> enough. I am copying Norm Johnson and Jessica Young at ACH on this email with the hope that
> we can collectively bring some clarity to these issues without impacting the existing lawsuits or
> the bringing about the necessity for additional lawsuits. I understand the holidays may impede a
> quick response from ACH but without more response than has been provided, we will need to
> take necessary action to protect the county and the sheriff shortly after the first of the
> year. Thanks
>
> From: Jeff Rich
> Sent: Monday, December 22, 2014 2:18 PM

1

DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989
Rich

Evanston 001661

To: 'George Royer'
Subject: FW: Claim 0AB092211


From: McConnell, Barbara L. [mailto:BMcconnell@OneBeacon.com]
Sent: Monday, December 22, 2014 10:23 AM
To: Jeff Rich
Subject: RE: Claim 0AB092211

Good Morning Jeff,

I spoke with Essex adjuster Jagady Blue. They are modifying the insurance policy as it was not their intention to have the policy excess over any other policy. In addition, he proposes a 50/50 split on indemnity under the Reservation of Rights which he states will not come into play until a verdict is entered. He also proposes paying 50% of our defense costs. I'm not sure if he will agree to pay 100% of indemnity and defense costs but I welcome your thoughts.

Barbara

Barbara McConnell / Examiner / OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct: 303.531.3833 /
Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
www.onebeacon.com<http://www.onebeacon.com/>

submit claims to obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>

From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
Sent: Friday, December 19, 2014 10:40 AM
To: McConnell, Barbara L.
Cc: George Royer
Subject: Re: Claim 0AB092211

Thanks

Sent from my iPhone

On Dec 19, 2014, at 11:38 AM, "McConnell, Barbara L."
<BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
Jeff,

Thank you for the update. I need to return a phone call to Jagady today and I'll provide you with an update after our conversation.

Barbara McConnell / Examiner / OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct: 303.531.3833 /
Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
www.onebeacon.com<http://www.onebeacon.com/>

submit claims to obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>

Evanston 001662

From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
Sent: Friday, December 19, 2014 10:37 AM
To: McConnell, Barbara L.
Cc: George Royer
Subject: Re: Claim 0AB092211

Barb I have heard nothing. I understood that you had some communication with ach's insurer but nothing substantive that I am aware of. I presume nothing more has been heard from them. It may be appropriate to schedule a call with George Royer to discuss how to proceed. I don't want to do anything to jeopardize our defense but would like to aggressively pursue ach they don't live up to thief agreement.

Sent from my iPhone

On Dec 19, 2014, at 11:25 AM, "McConnell, Barbara L."
<BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
Hello Jeff,

         RE: Claimants: Whitney Elizabeth Foster

Has the ACH provided a response to your tender? I have a diary on the claim today and need to update my claim file. Thank you very much. Barb


Barbara McConnell / Examiner / OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct: 303.531.3833 /
Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
www.onebeacon.com<http://www.onebeacon.com/>

submit claims to obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.
Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.

Evanston 001663

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.

USERS: Click here to report this email as spam.No further action is required.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

4

**Evanston 001664**

**Jeff Rich**



**From:** "McConnell, Barbara L." <BMcconnell@OneBeacon.com>
**Date:** December 24, 2014, 12:48:57 PM CST
**To:** Jeff Rich <jrich@madisoncountyal.gov>
**Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues**

Jeff,

The proposed allocation is on all three cases. Jagady is going to provide his proposal in writing at which time I will contact you to discuss.

Barbara McConnell   Examiner   OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112   Direct: 303.531.3833
Toll Free: 866.725.5171 ext 3833   Fax: 866.235.0646   www.onebeacon.com

submit claims to obgrclaims@onebeacongov.com

**From:** Jeff Rich [mailto:jrich@madisoncountyal.gov]
**Sent:** Wednesday, December 24, 2014 9:59 AM
**To:** McConnell, Barbara L.
**Cc:** jyoung@advancedch.com; drj@advancedch.com;                          ; Chief S.
Morrison (smorrison@madisoncountyal.gov)
**Subject:** Listau, Woods and Jefferson insurance and indemnification issues

Barb, I have attached the ACH contract for your easy reference. The relevant provisions are found in paragraphs 6(a) and 6(b). Madison County and the Sheriff have yet to receive a response to their demands for indemnification under paragraph 6(b). The contractual indemnification issue is separate from the insurance issue which is dictated by paragraph 6(a) of the agreement. I have repeatedly asked ACH's insurance counsel about this and gotten no substantive response to my inquiries or my written demands to ACH. The lack of response is troubling. Likewise, the response of Essex adjuster concerning the insurance issues is troubling. First, I believe there has only been correspondence about the listau case. Neither ACH nor its insurer has responded in writing concerning the Woods and Jefferson cases. The response to Listau is not consistent with ACH's contract. The contract clearly says that ACH's insurance is primary. Under Alabama law, the duty to defend is broader than the duty to indemnify and they should be paying all of the defense cost in my opinion.

I do not want to create issues in the underlying lawsuits but these issues have lingered long enough. I am copying Norm Johnson and Jessica Young at ACH on this email with the hope that we can collectively



1

CONFIDENTIAL

MADISON COUNTY 01193

bring some clarity to these issues without impacting the existing lawsuits or the bringing about the necessity for additional lawsuits.  I understand the holidays may impede a quick response from ACH but without more response than has been provided, we will need to take necessary action to protect the county and the sheriff shortly after the first of the year.  Thanks



**From:** McConnell, Barbara L. [mailto:BMcconnell@OneBeacon.com]
**Sent:** Monday, December 22, 2014 10:23 AM
**To:** Jeff Rich
**Subject:** RE: Claim 0AB092211

Good Morning Jeff,

I spoke with Essex adjuster Jagady Blue. They are modifying the insurance policy as it was not their intention to have the policy excess over any other policy. In addition, he proposes a 50/50 split on indemnity under the Reservation of Rights which he states will not come into play until a verdict is entered. He also proposes paying 50% of our defense costs. I'm not sure if he will agree to pay 100% of indemnity and defense costs but I welcome your thoughts.

Barbara

Barbara McConnell   Examiner   OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112   Direct: 303.531.3833
Toll Free: 866.725.5171 ext 3833   Fax: 866.235.0646   www.onebeacon.com

submit claims to obgrclaims@onebeacongov.com

**From:** Jeff Rich [mailto:jrich@madisoncountyal.gov]
**Sent:** Friday, December 19, 2014 10:40 AM
**To:** McConnell, Barbara L.
**Subject:** Re: Claim 0AB092211

Thanks

Sent from my iPhone

On Dec 19, 2014, at 11:38 AM, "McConnell, Barbara L." <BMcconnell@OneBeacon.com> wrote:

Jeff,

Thank you for the update. I need to return a phone call to Jagady today and I'll provide you with an update after our conversation.

2

CONFIDENTIAL        MADISON COUNTY 01194

Barbara McConnell   Examiner   OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112   Direct:
303.531.3833
Toll Free: 866.725.5171 ext 3833   Fax: 866.235.0646
www.onebeacon.com

submit claims to obgrclaims@onebeacongov.com

**From:** Jeff Rich [mailto:jrich@madisoncountyal.gov]
**Sent:** Friday, December 19, 2014 10:37 AM
**To:** McConnell, Barbara L.

**Subject:** Re: Claim 0AB092211

Barb I have heard nothing. I understood that you had some communication with ach's insurer but nothing substantive that I am aware of. I presume nothing more has been heard from them.

Sent from my iPhone

On Dec 19, 2014, at 11:25 AM, "McConnell, Barbara L." <BMcconnell@OneBeacon.com> wrote:

> Hello Jeff,
>
> ### RE: Claimants: Whitney Elizabeth Foster
>
> Has the ACH provided a response to your tender? I have a diary on the claim today and need to update my claim file. Thank you very much. Barb
>
> Barbara McConnell   Examiner   OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112
> Direct: 303.531.3833
> Toll Free: 866.725.5171 ext 3833   Fax: 866.235.0646
> www.onebeacon.com
>
> submit claims to obgrclaims@onebeacongov.com
>
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended

3

CONFIDENTIAL     MADISON COUNTY 01195

recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.
Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.

Thank you.

4

CONFIDENTIAL                    MADISON COUNTY 01196

**Jeff Rich**

| | |
|---|---|
| From: | McConnell, Barbara L. <BMcconnell@OneBeacon.com> |
| Sent: | Tuesday, December 30, 2014 10:20 AM |
| To: | Jeff Rich |
| Subject: | RE: Listau, Woods and Jefferson insurance and indemnification issues |

Thank you Jeff.

Barbara McConnell / Examiner / OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct: 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 / www.onebeacon.com

submit claims to obgrclaims@onebeacongov.com

-----Original Message-----
From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
Sent: Tuesday, December 30, 2014 8:52 AM
To: McConnell, Barbara L.
Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues

Barb, I understand and please don't take my email as directed at you or onebeacon. I think that ACH and their insurer are playing games and this has gone on long enough. I am glad we are on the same page and we will wait to see how ACH and their insurer respond.

-----Original Message-----
From: McConnell, Barbara L. [mailto:BMcconnell@OneBeacon.com]
Sent: Tuesday, December 30, 2014 9:49 AM
To: Jeff Rich
Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues

Good Morning Jeff,

I apologize ACH has not provided you with accurate information regarding my discussion with Jagady. When Jagady and I initially discussed the claims and he suggested a defense compromise of 50%, I informed him we expected 100% of defense costs and I would have to discuss the matter with you before we would agree to any proposal. We also discussed the policy revision making their policy primary. Hopefully we receive something in writing from him soon.

Barbara McConnell / Examiner / OneBeacon Government Risks
188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct: 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 / www.onebeacon.com

submit claims to obgrclaims@onebeacongov.com

-----Original Message-----
From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
Sent: Tuesday, December 30, 2014 7:23 AM
To: Jessica Young



1

CONFIDENTIAL        **MADISON COUNTY 01197**

Cc: McConnell, Barbara L.; Dr Johnson;                                    ; Chief S. Morrison
(smorrison@madisoncountyal.gov)
Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues

Jessica, I want to review Mr. Blue's letter but I need to be clear that the agreement between ACH, the Sheriff and the County requires ACH's insurance to be primary. I don't see any reason it should not be and the county and the sheriff are unwilling to move on that issue. Likewise, One Beacon and Markel can't simply agree to some coverage arrangement without the agreement of the county and the sheriff. Again, I will wait a reasonable time to see something in writing but I want to be clear on the position of the county and the sheriff. At this time no agreement exists other than the agreement for health care services. That agreement dictates both insurance and contractual indemnification by ACH above and beyond the insurance obligation. The duty to defend under the ACH policy should dictate a defense by ACH's insurer for all claims in the amended complaints. I understand a reservation of rights regarding the ultimate duty to indemnify but at this point, the primary coverage should truly be primary. Obviously those issues have to be considered in light of strategic concerns regarding the defense of the claims and conflicts among lawyers defending the claims. Please express to Mr. Blue the urgency of reaching an understanding on these issues. ACH, and presumably its insurer, have been aware of these claims for more than a sufficient time to work through these issues.

-----Original Message-----
From: Jessica Young [mailto:jyoung@advancedch.com]
Sent: Friday, December 26, 2014 11:21 AM
To: Jeff Rich
Cc: McConnell, Barbara L.; Dr Johnson;                                    ; Chief S. Morrison
(smorrison@madisoncountyal.gov)
Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues

Mr. Rich,

I communicated with our claims adjuster, Jagady Blue of Markel, on Christmas Eve, immediately after receiving your email. Mr. Blue indicated that he and Ms. McConnell of One Beacon worked out an agreement sometime around 12/19/14.

Their agreement, as I understand it, is as follows: We agree the duty to defend is greater than the duty to indemnify. Essentially, Madison County will keep its own counsel in place and we will split the defense 50/50 with a reservation as to indemnity. Ms. McConnell recognizes that One Beacon also has a duty to defend, as there are substantial allegations directly against Madison County which are unrelated to medical care.

Mr. Blue understood that Ms. McConnell was going to clear their agreement with her higher-ups and get back to him the week of 12/29/14. He clarified that we are indeed addressing all 3 cases when addressing coverage, and that once he and Ms. McConnell finalize the agreement, a formal coverage letter will be issued in each case. Additionally, Mr. Blue has also agreed to pay for Madison County to select and hire its own coverage counsel to review the proposal and weigh in on the reservation as well as evaluate both Markel and One Beacon's obligations under the contract and our respective policies.

Mr. Blue also spoke with Ms. McConnell by phone on Christmas Eve. She asked him to outline their agreement in writing as to all 3 cases, so he is currently having coverage counsel get something together ASAP.

If you'd like, we can set up a conference call with all involved so that Ms. McConnell and Mr. Blue can outline their agreement.

Please let me know if you need anything else from me. Thank you.

Respectfully,

CONFIDENTIAL                    MADISON COUNTY 01198

Jessica K. Young, Esq.
Senior Counsel

3922 W Baring Trace
Peoria, IL 61615
309.272.3460 (o)
309.214.9977 (f)

Confidentiality Notice
This email (including the attached pages) may contain medical information and/or be protected by the attorney-client
privilege. It is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that
any use, disclosure, or copying of this email is prohibited and may violate state and federal privacy laws. If you received
this email in error, please destroy all copies and notify Advanced Correctional Healthcare by calling 309.692.8100
immediately.

-----Original Message-----
From: Jessica Young
Sent: Wednesday, December 24, 2014 11:47 AM
To: Jeff Rich
Cc: McConnell, Barbara L.; Dr Johnson; ████████████████████████████    Chief S. Morrison
(smorrison@madisoncountyal.gov)
Subject: Re: Listau, Woods and Jefferson insurance and indemnification issues

I apologize as our insurer had informed me at the end of October that this was being resolved- I thought he had done so.
I will immediately follow up. Thank you for bringing this to my attention. Merry Christmas.

Sent from my iPhone

> On Dec 24, 2014, at 11:08 AM, Jeff Rich <jrich@madisoncountyal.gov> wrote:
>
> Barb, I have attached the ACH contract for your easy reference.  The relevant provisions are found in paragraphs 6(a)
and 6(b).  Madison County and the Sheriff have yet to receive a response to their demands for indemnification under
paragraph 6(b).  The contractual indemnification issue is separate from the insurance issue which is dictated by
paragraph 6(a) of the agreement.  I have repeatedly asked ACH's insurance counsel about this and gotten no substantive
response to my inquiries or my written demands to ACH.  The lack of response is troubling.  Likewise, the response of
Essex adjuster concerning the insurance issues is troubling.  First, I believe there has only been correspondence about
the Listau case.  Neither ACH nor its insurer has responded in writing concerning the Woods and Jefferson cases.  The
response to Listau is not consistent with ACH's contract.  The contract clearly says that ACH's insurance is primary.
Under Alabama law, the duty to defend is broader than the duty to indemnify and they should be paying all of the
defense cost in my opinion.
>
> I do not want to create issues in the underlying lawsuits but these issues have lingered long enough.  I am copying
Norm Johnson and Jessica Young at ACH on this email with the hope that we can collectively bring some clarity to these
issues without impacting the existing lawsuits or the bringing about the necessity for additional lawsuits.  I understand
the holidays may impede a quick response from ACH but without more response than has been provided, we will need
to take necessary action to protect the county and the sheriff shortly after the first of the year.  Thanks
>

████████████████████████████

3

███████████████

>
>
>
> From: McConnell, Barbara L. [mailto:BMcconnell@OneBeacon.com]
> Sent: Monday, December 22, 2014 10:23 AM
> To: Jeff Rich
> Subject: RE: Claim 0AB092211
>
> Good Morning Jeff,
>
> I spoke with Essex adjuster Jagady Blue.  They are modifying the insurance policy as it was not their intention to have the policy excess over any other policy.  In addition, he proposes a 50/50 split on indemnity under the Reservation of Rights which he states will not come into play until a verdict is entered.  He also proposes paying 50% of our defense costs.  I'm not sure if he will agree to pay 100% of indemnity and defense costs but I welcome your thoughts.
>
> Barbara
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
> Sent: Friday, December 19, 2014 10:40 AM
> To: McConnell, Barbara L.
> ██████████████
> Subject: Re: Claim 0AB092211
>
> Thanks
>
> Sent from my iPhone
>
> On Dec 19, 2014, at 11:38 AM, "McConnell, Barbara L."
<BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
> Jeff,
>
> Thank you for the update.  I need to return a phone call to Jagady today and I'll provide you with an update after our conversation.
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>

4

CONFIDENTIAL

> From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
> Sent: Friday, December 19, 2014 10:37 AM
> To: McConnell, Barbara L.
> ████████
> Subject: Re: Claim 0AB092211
>
> Barb I have heard nothing.  I understood that you had some communication with ach's insurer but nothing substantive that I am aware of.  I presume nothing more has been heard from them. ████████████

████████████████████████████████████████

> 
> Sent from my iPhone
>
> On Dec 19, 2014, at 11:25 AM, "McConnell, Barbara L."
<BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
> Hello Jeff,
>
>        RE: Claimants: Whitney Elizabeth Foster
>
> Has the ACH provided a response to your tender?  I have a diary on the
> claim today and need to update my claim file.  Thank you very much.
> Barb
>
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> Confidentiality notice:
>

5

MADISON COUNTY 01201

> The information contained in this email message including attachments is confidential and is intended only for the use
of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the
intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this
communication is strictly prohibited. If you have received this communication in error, please delete immediately or if
any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> <2014 02-26 ACH Healthcare Services Agreement.pdf>

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of
the individual or entity named above and others who have been specifically authorized to receive it.  If you are not the
intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this
communication is strictly prohibited.  If you have received this communication in error, please delete immediately or if
any problems occur with transmission, please notify me immediately by telephone.

Thank you.

Confidentiality notice:

The information contained in this email message including attachments is confidential and is intended only for the use of
the individual or entity named above and others who have been specifically authorized to receive it.  If you are not the
intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this
communication is strictly prohibited.  If you have received this communication in error, please delete immediately or if
any problems occur with transmission, please notify me immediately by telephone.

Thank you.

6

CONFIDENTIAL                           MADISON COUNTY 01202

**Jeff Rich**



-----Original Message-----
From: Jeff Rich
Sent: Tuesday, December 30, 2014 8:23 AM
To: 'Jessica Young'
Cc: McConnell, Barbara L.; Dr Johnson;                                      Chief S. Morrison
(smorrison@madisoncountyal.gov)
Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues

Jessica, I want to review Mr. Blue's letter but I need to be clear that the agreement between ACH, the Sheriff and the County requires ACH's insurance to be primary. I don't see any reason it should not be and the county and the sheriff are unwilling to move on that issue. Likewise, One Beacon and Markel can't simply agree to some coverage arrangement without the agreement of the county and the sheriff. Again, I will wait a reasonable time to see something in writing but I want to be clear on the position of the county and the sheriff. At this time no agreement exists other than the agreement for health care services. That agreement dictates both insurance and contractual indemnification by ACH above and beyond the insurance obligation. The duty to defend under the ACH policy should dictate a defense by ACH's insurer for all claims in the amended complaints. I understand a reservation of rights regarding the ultimate duty to indemnify but at this point, the primary coverage should truly be primary. Obviously those issues have to be considered in light of strategic concerns regarding the defense of the claims and conflicts among lawyers defending the claims. Please express to Mr. Blue the urgency of reaching an understanding on these issues. ACH, and presumably its insurer, have been aware of these claims for more than a sufficient time to work through these issues.

-----Original Message-----
From: Jessica Young [mailto:jyoung@advancedch.com]
Sent: Friday, December 26, 2014 11:21 AM
To: Jeff Rich
Cc: McConnell, Barbara L.; Dr Johnson;                                      Chief S. Morrison
(smorrison@madisoncountyal.gov)
Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues

Mr. Rich,

I communicated with our claims adjuster, Jagady Blue of Markel, on Christmas Eve, immediately after receiving your email. Mr. Blue indicated that he and Ms. McConnell of One Beacon worked out an agreement sometime around 12/19/14.



**DEFENDANT'S EXHIBIT**
15
Rich

1

CONFIDENTIAL                    MADISON COUNTY 01213

Their agreement, as I understand it, is as follows: We agree the duty to defend is greater than the duty to indemnify. Essentially, Madison County will keep its own counsel in place and we will split the defense 50/50 with a reservation as to indemnity. Ms. McConnell recognizes that One Beacon also has a duty to defend, as there are substantial allegations directly against Madison County which are unrelated to medical care.

Mr. Blue understood that Ms. McConnell was going to clear their agreement with her higher-ups and get back to him the week of 12/29/14. He clarified that we are indeed addressing all 3 cases when addressing coverage, and that once he and Ms. McConnell finalize the agreement, a formal coverage letter will be issued in each case. Additionally, Mr. Blue has also agreed to pay for Madison County to select and hire its own coverage counsel to review the proposal and weigh in on the reservation as well as evaluate both Markel and One Beacon's obligations under the contract and our respective policies.

Mr. Blue also spoke with Ms. McConnell by phone on Christmas Eve. She asked him to outline their agreement in writing as to all 3 cases, so he is currently having coverage counsel get something together ASAP.

If you'd like, we can set up a conference call with all involved so that Ms. McConnell and Mr. Blue can outline their agreement.

Please let me know if you need anything else from me. Thank you.

Respectfully,

Jessica K. Young, Esq.
Senior Counsel



3922 W Baring Trace
Peoria, IL 61615
309.272.3460 (o)
309.214.9977 (f)

Confidentiality Notice
This email (including the attached pages) may contain medical information and/or be protected by the attorney-client privilege. It is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure, or copying of this email is prohibited and may violate state and federal privacy laws. If you received this email in error, please destroy all copies and notify Advanced Correctional Healthcare by calling 309.692.8100 immediately.

-----Original Message-----
From: Jessica Young
Sent: Wednesday, December 24, 2014 11:47 AM
To: Jeff Rich
Cc: McConnell, Barbara L.; Dr Johnson; ███████████████ Chief S. Morrison (smorrison@madisoncountyal.gov)
Subject: Re: Listau, Woods and Jefferson insurance and indemnification issues

I apologize as our insurer had informed me at the end of October that this was being resolved- I thought he had done so. I will immediately follow up. Thank you for bringing this to my attention. Merry Christmas.

Sent from my iPhone

2

CONFIDENTIAL                    MADISON COUNTY 01214

> On Dec 24, 2014, at 11:08 AM, Jeff Rich <jrich@madisoncountyal.gov> wrote:
>
> Barb, I have attached the ACH contract for your easy reference. The relevant provisions are found in paragraphs 6(a) and 6(b). Madison County and the Sheriff have yet to receive a response to their demands for indemnification under paragraph 6(b). The contractual indemnification issue is separate from the insurance issue which is dictated by paragraph 6(a) of the agreement. I have repeatedly asked ACH's insurance counsel about this and gotten no substantive response to my inquiries or my written demands to ACH. The lack of response is troubling. Likewise, the response of Essex adjuster concerning the insurance issues is troubling. First, I believe there has only been correspondence about the listau case. Neither ACH nor its insurer has responded in writing concerning the Woods and Jefferson cases. The response to Listau is not consistent with ACH's contract. The contract clearly says that ACH's insurance is primary. Under Alabama law, the duty to defend is broader than the duty to indemnify and they should be paying all of the defense cost in my opinion.
>
> I do not want to create issues in the underlying lawsuits but these issues have lingered long enough. I am copying Norm Johnson and Jessica Young at ACH on this email with the hope that we can collectively bring some clarity to these issues without impacting the existing lawsuits or the bringing about the necessity for additional lawsuits. I understand the holidays may impede a quick response from ACH but without more response than has been provided, we will need to take necessary action to protect the county and the sheriff shortly after the first of the year. Thanks
>
> ████████████████████████████████
> ████████████████████████████████
> ████████████████████████████████
> ████████████████████████████████
>
>
>
> From: McConnell, Barbara L. [mailto:BMcconnell@OneBeacon.com]
> Sent: Monday, December 22, 2014 10:23 AM
> To: Jeff Rich
> Subject: RE: Claim 0AB092211
>
> Good Morning Jeff,
>
> I spoke with Essex adjuster Jagady Blue. They are modifying the insurance policy as it was not their intention to have the policy excess over any other policy. In addition, he proposes a 50/50 split on indemnity under the Reservation of Rights which he states will not come into play until a verdict is entered. He also proposes paying 50% of our defense costs. I'm not sure if he will agree to pay 100% of indemnity and defense costs but I welcome your thoughts.
>
> Barbara
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
> Sent: Friday, December 19, 2014 10:40 AM
> To: McConnell, Barbara L.
> ████████████████

3

CONFIDENTIAL

MADISON COUNTY 01215

> Subject: Re: Claim 0AB092211
>
> Thanks
>
> Sent from my iPhone
>
> On Dec 19, 2014, at 11:38 AM, "McConnell, Barbara L."
> <BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
> Jeff,
>
> Thank you for the update.  I need to return a phone call to Jagady today and I'll provide you with an update after our conversation.
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
> Sent: Friday, December 19, 2014 10:37 AM
> To: McConnell, Barbara L.
> ███████████████
> Subject: Re: Claim 0AB092211
>
> Barb I have heard nothing.  I understood that you had some communication with ach's insurer but nothing substantive that I am aware of.  I presume nothing more has been heard from them. █████████████████
███████████████████████████████████████████████████████████████
>
> Sent from my iPhone
>
> On Dec 19, 2014, at 11:25 AM, "McConnell, Barbara L."
> <BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
> Hello Jeff,
>
>        RE: Claimants: Whitney Elizabeth Foster
>
> Has the ACH provided a response to your tender?  I have a diary on the
> claim today and need to update my claim file.  Thank you very much.
> Barb
>
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>

4

CONFIDENTIAL

MADISON COUNTY 01216

> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> <2014 02-26 ACH Healthcare Services Agreement.pdf>

5

CONFIDENTIAL                    MADISON COUNTY 01217



DEFENDANT'S
EXHIBIT

CONFIDENTIAL

MADISON COUNTY 01218

On Dec 30, 2014, at 8:22 AM, Jeff Rich <jrich@madisoncountyal.gov> wrote:

> Jessica, I want to review Mr. Blue's letter but I need to be clear that the agreement between ACH, the Sheriff and the County requires ACH's insurance to be primary. I don't see any reason it should not be and the county and the sheriff are unwilling to move on that issue. Likewise, One Beacon and Markel can't simply agree to some coverage arrangement without the agreement of the county and the sheriff. Again, I will wait a reasonable time to see something in writing but I want to be clear on the position of the county and the sheriff. At this time no agreement exists other than the agreement for health care services. That agreement dictates both insurance and contractual indemnification by ACH above and beyond the insurance obligation. The duty to defend under the ACH policy should dictate a defense by ACH's insurer for all claims in the amended complaints. I understand a reservation of rights regarding the ultimate duty to indemnify but at this point, the primary coverage should truly be primary. Obviously those issues have to be considered in light of strategic concerns regarding the defense of the claims and conflicts among lawyers defending the claims. Please express to Mr. Blue the urgency of reaching an understanding on these issues. ACH, and presumably its insurer, have been aware of these claims for more than a sufficient time to work through these issues.
>
> -----Original Message-----
> From: Jessica Young [mailto:jyoung@advancedch.com]
> Sent: Friday, December 26, 2014 11:21 AM
> To: Jeff Rich
> Cc: McConnell, Barbara L.; Dr Johnson;                                    Chief S.
> Morrison (smorrison@madisoncountyal.gov)
> Subject: RE: Listau, Woods and Jefferson insurance and indemnification issues
>
> Mr. Rich,
>
> I communicated with our claims adjuster, Jagady Blue of Markel, on Christmas Eve, immediately after receiving your email. Mr. Blue indicated that he and Ms. McConnell of One Beacon worked out an agreement sometime around 12/19/14.
>
> Their agreement, as I understand it, is as follows: We agree the duty to defend is greater than the duty to indemnify. Essentially, Madison County will keep its own counsel in place and we will split the defense 50/50 with a reservation as to indemnity. Ms. McConnell recognizes that One Beacon also has a duty to defend, as there are substantial allegations directly against Madison County which are unrelated to medical care.
>
> Mr. Blue understood that Ms. McConnell was going to clear their agreement with her higher-ups and get back to him the week of 12/29/14. He clarified that we are indeed addressing all 3 cases when addressing coverage, and that once he and Ms. McConnell finalize the agreement, a formal coverage letter will be issued in each case. Additionally, Mr. Blue has also agreed to pay for Madison County to select and hire its own coverage counsel to review the proposal and weigh in on the reservation as well as evaluate both Markel and One Beacon's obligations under the contract and our respective policies.
>
> Mr. Blue also spoke with Ms. McConnell by phone on Christmas Eve. She asked him to outline their agreement in writing as to all 3 cases, so he is currently having coverage counsel get something together ASAP.

2

CONFIDENTIAL

MADISON COUNTY 01219

If you'd like, we can set up a conference call with all involved so that Ms. McConnell and Mr. Blue can outline their agreement.

Please let me know if you need anything else from me. Thank you.

Respectfully,

Jessica K. Young, Esq.
Senior Counsel

3922 W Baring Trace
Peoria, IL 61615
309.272.3460 (o)
309.214.9977 (f)

Confidentiality Notice
This email (including the attached pages) may contain medical information and/or be protected by the attorney-client privilege. It is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure, or copying of this email is prohibited and may violate state and federal privacy laws. If you received this email in error, please destroy all copies and notify Advanced Correctional Healthcare by calling 309.692.8100 immediately.

-----Original Message-----
From: Jessica Young
Sent: Wednesday, December 24, 2014 11:47 AM
To: Jeff Rich
Cc: McConnell, Barbara L.; Dr Johnson; ███████████████████Chief S. Morrison (smorrison@madisoncountyal.gov)
Subject: Re: Listau, Woods and Jefferson insurance and indemnification issues

I apologize as our insurer had informed me at the end of October that this was being resolved- I thought he had done so. I will immediately follow up. Thank you for bringing this to my attention. Merry Christmas.

Sent from my iPhone

> On Dec 24, 2014, at 11:08 AM, Jeff Rich <jrich@madisoncountyal.gov> wrote:
>
> Barb, I have attached the ACH contract for your easy reference. The relevant provisions are found in paragraphs 6(a) and 6(b). Madison County and the Sheriff have yet to receive a response to their demands for indemnification under paragraph 6(b). The contractual indemnification issue is separate from the insurance issue which is dictated by paragraph 6(a) of the agreement. I have repeatedly asked ACH's insurance counsel about this and gotten no substantive response to my inquiries or my written demands to ACH. The lack of response is troubling. Likewise, the response of Essex adjuster concerning the insurance issues is troubling. First, I believe there has only been correspondence about the listau case. Neither ACH nor its insurer has responded in writing concerning the Woods and Jefferson cases. The response to Listau is not consistent with ACH's contract. The contract clearly says that ACH's insurance is

3

primary. Under Alabama law, the duty to defend is broader than the duty to indemnify and they should be paying all of the defense cost in my opinion.
>
> I do not want to create issues in the underlying lawsuits but these issues have lingered long enough. I am copying Norm Johnson and Jessica Young at ACH on this email with the hope that we can collectively bring some clarity to these issues without impacting the existing lawsuits or the bringing about the necessity for additional lawsuits. I understand the holidays may impede a quick response from ACH but without more response than has been provided, we will need to take necessary action to protect the county and the sheriff shortly after the first of the year. Thanks
>

███████████████████████████████████

>
>
>
> From: McConnell, Barbara L. [mailto:BMcconnell@OneBeacon.com]
> Sent: Monday, December 22, 2014 10:23 AM
> To: Jeff Rich
> Subject: RE: Claim 0AB092211
>
> Good Morning Jeff,
>
> I spoke with Essex adjuster Jagady Blue. They are modifying the insurance policy as it was not their intention to have the policy excess over any other policy. In addition, he proposes a 50/50 split on indemnity under the Reservation of Rights which he states will not come into play until a verdict is entered. He also proposes paying 50% of our defense costs. I'm not sure if he will agree to pay 100% of indemnity and defense costs but I welcome your thoughts.
>
> Barbara
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
> Sent: Friday, December 19, 2014 10:40 AM
> To: McConnell, Barbara L.
> ██████████
> Subject: Re: Claim 0AB092211
>
> Thanks
>
> Sent from my iPhone
>

4

CONFIDENTIAL

MADISON COUNTY 01221

> On Dec 19, 2014, at 11:38 AM, "McConnell, Barbara L."
<BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
> Jeff,
>
> Thank you for the update. I need to return a phone call to Jagady today and I'll provide you
with an update after our conversation.
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> From: Jeff Rich [mailto:jrich@madisoncountyal.gov]
> Sent: Friday, December 19, 2014 10:37 AM
> To: McConnell, Barbara L.
> ███████████████
> Subject: Re: Claim 0AB092211
>
> Barb I have heard nothing. I understood that you had some communication with ach's insurer
but nothing substantive that I am aware of. I presume nothing more has been heard from them. █

███████████████████████████████████████████████
███████████████████████████████████████████████

>
> Sent from my iPhone
>
> On Dec 19, 2014, at 11:25 AM, "McConnell, Barbara L."
<BMcconnell@OneBeacon.com<mailto:BMcconnell@OneBeacon.com>> wrote:
> Hello Jeff,
>
> RE: Claimants: Whitney Elizabeth Foster
>
> Has the ACH provided a response to your tender? I have a diary on the
> claim today and need to update my claim file. Thank you very much.
> Barb
>
>
> Barbara McConnell / Examiner / OneBeacon Government Risks
> 188 Inverness Drive W., Ste 600, Englewood, CO 80112 / Direct:
> 303.531.3833 / Toll Free: 866.725.5171 ext 3833 / Fax: 866.235.0646 /
> www.onebeacon.com<http://www.onebeacon.com/>
>
> submit claims to
> obgrclaims@onebeacongov.com<mailto:obgrclaims@onebeacongov.com>
>
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is

5

CONFIDENTIAL

MADISON COUNTY 01222

intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> Confidentiality notice:
>
> The information contained in this email message including attachments is confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any use, unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please delete immediately or if any problems occur with transmission, please notify me immediately by telephone.
>
> Thank you.
> <2014 02-26 ACH Healthcare Services Agreement.pdf>

6

CONFIDENTIAL                    MADISON COUNTY 01223

| | |
|---|---|
| From: | Jessica Young <jyoung@advancedch.com> |
| Sent: | Wednesday, March 18, 2015 11:50 AM |
| To: | Jeff Rich |
| Cc: | Dr Johnson; Sheriff Blake Dorning (sheriff@madisoncountyal.gov); kjones@madisoncountyal.gov; Cindy Erckenbrack |
| Subject: | RE: Healthcare Services Agreement |
| Attachments: | Madison AL - letter 3-18-2015.pdf |
| Importance: | High |

Mr. Rich:

Please see the attached letter. Thank you.

Respectfully,

**Jessica K. Young, Esq.**
Senior Counsel

 **ADVANCED**
Correctional Healthcare

3922 W Baring Trace
Peoria, IL 61615
309.272.3460 (o)
309.214.9977 (f)

**Confidentiality Notice**
This email (including attachments) may contain medical information and/or be protected by the attorney-client privilege. It is intended only for the named addressee(s). If you are not a named addressee, you are hereby notified that any use, disclosure, or copying of this email is prohibited and may violate state and federal privacy laws. If you received this email in error, please destroy all copies and notify ACH by calling 309.692.8100 immediately. Thank you.

**From:** Jeff Rich [mailto:jrich@madisoncountyal.gov]
**Sent:** Monday, March 16, 2015 11:12 AM
**To:** Jessica Young
**Cc:** Dr Johnson; Sheriff Blake Dorning (sheriff@madisoncountyal.gov); kjones@madisoncountyal.gov; Cindy Erckenbrack
**Subject:** RE: Healthcare Services Agreement

Jessica it is my understanding that you have not responded to my assistant's email. I would like to schedule a call with you to discuss the Agreement for Healthcare Services. This Agreement was sent to ACH for signature in January and has not been returned. ACH is creating potential issues for my clients by not signing and returning the Agreement. Please let me know when you are available.

**From:** Cindy Erckenbrack
**Sent:** Wednesday, March 11, 2015 3:29 PM
**To:** Jessica Young
**Cc:** Jeff Rich



1

**Subject:** Healthcare Services Agreement
**Importance:** High

Jessica,

Have you obtained the signature on the attached agreement? If so, please email a copy to me and return the original to our office.

Thank you,

Cindy Erckenbrack
County Attorney's Office
100 Northside Square
Huntsville, Alabama 35801
256.519.2060

ACH000396



**ADVANCED**
Correctional Healthcare

-------------------------------------------------------------- A Higher Standard. Delivered.

18 March 2015

**VIA EMAIL AND U.S. CERTIFIED MAIL**
Jeff Rich
County Attorney's Office
100 Northside Square
Huntsville, Alabama 35801
jrich@madisoncountyal.gov

          Re:     Healthcare services agreement

Mr. Rich:

I hope you are doing well. I am writing in regard to your email dated March 16, 2015 discussing our healthcare services agreement. I apologize for the delay in responding to your assistant's email. Please allow me to explain.

Madison County and ACH's insurance companies have been involved in lengthy discussions since Fall 2014 regarding our respective insurance and indemnity obligations. It's my understanding that you have been involved in those discussions.

We reviewed the primary insurance and additional *named* insured issues with our insurance company and have been consistently advised that those requests are just not possible; i.e., that our insurance company won't provide Madison County (or any county) coverage beyond additional insured status. This is because they cannot insure <u>ACH</u> for the negligent acts and omissions of <u>county</u> employees.

Madison County has been named as an additional insured on ACH's insurance policies since 2006. It was Dr. Johnson's understanding from conversations with you at the inception of our partnership that this was always intended to be our agreement. It was never our intention or understanding that we would be responsible for the negligent acts and omissions of <u>county</u> employees.

We now understand our contract reads otherwise; however, during the past 9 years, although we've only incurred 10 lawsuits, neither the additional *named* insured issue nor the primary insurance issue has ever been raised until now.

In short, our insurance company won't provide Madison County (or any county) coverage beyond additional insured status, which Madison County currently has. This is the industry standard and how we operate at every other jail nationwide. ACH will indemnify Madison County if Madison County is drawn into a lawsuit because of ACH's negligence. At this stage in the Tanisha Jefferson, Nikki Listau, and Deundrez Woods lawsuits, it is my understanding that both ACH's and Madison County's insurance companies have agreed it is too early to properly evaluate either party's indemnification obligations.

Please understand that it is not our intention to create potential issues for Madison County by not signing and returning the Agreement for 2015. We are simply unable to sign the Agreement as it is currently written due to these issues. If Madison County is receptive to revising the Agreement language to match the way we have operated for the last 9 years, please let me know and I will promptly send you our proposed language to review (the same language we use in all other jail contracts).

ACH000397



**ADVANCED**
Correctional Healthcare

-------------------------------------------------------------- A Higher Standard. Delivered.

I look forward to speaking with you tomorrow morning at 10:30 CST. Thank you.

Respectfully,

*Jessica K. Young, Esq.*
Senior Counsel

Cc:     Sheriff Dorning *via email to sheriff@madisoncountyal.gov*
        *kjones@madisoncountyal.gov*
        Cindy Erckenbrack *via email to cerckenbrack@madisoncountyal.gov*
        Dr. Norman Johnson *via email*

ACH000398

## HEALTHCARE SERVICES AGREEMENT AT
## THE MADISON COUNTY DETENTION FACILITY

**THIS AGREEMENT** between Madison County, Alabama (hereinafter referred to as "County"), Blake Dorning in his official capacity as Madison County Sheriff (hereinafter referred to as "Sheriff"), and Advanced Correctional Healthcare, Inc. (hereinafter referred to as "ACH"), is entered into as of the 6ᵗʰ day of July, 2006. Services under this Agreement shall commence on July 8, 2006, and shall continue through September 30, 2007, unless otherwise terminated as provided herein.

### WITNESSETH:

**WHEREAS,** the Sheriff desires to provide for health care to inmates housed in the Madison County Detention Facility (hereinafter referred to as "Detention Facility" or "Jail") in accordance with applicable law; and,

**WHEREAS,** ACH is in the business of providing correctional health care services and desires to provide such services for the Sheriff under the terms and conditions hereof; and,

**WHEREAS,** the Sheriff desires to enter into this Agreement with ACH to promote this objective; and,

**WHEREAS,** the County, upon the recommendation of the Sheriff, consents to and desires to enter into this Agreement with ACH to the extent necessary for ACH to secure payment for the services provided hereunder.

**NOW THEREFORE,** in consideration of the covenants and promises hereinafter made, the parties hereto agree as follows:

1. **GENERAL SCOPE:** ACH will develop, manage and staff a comprehensive healthcare services system at the Madison County Detention Facility in Huntsville, Alabama, to provide all inmates within the Detention Facility with necessary healthcare.

2. **TERM:** This initial healthcare services contract with ACH will be for a term beginning July 8, 2006, and ending September 30, 2007, unless otherwise terminated as provided herein.

3. **SCOPE OF SERVICES:** ACH shall be the sole supplier of healthcare services (including pharmacy) and coordinator of the healthcare delivery system at the Detention Facility, including coordination and payment for all care rendered to inmates by healthcare providers outside the Detention Facility. ACH is responsible for all healthcare for all inmates at the Detention Facility. The term "healthcare" (or "medical care" as sometimes referred to herein) includes, but is not limited to, services customarily provided by a general practitioner, psychiatric and psychological care, obstetrics/gynecological care, dental care, pharmaceuticals, including prescriptions, medications and prescribed over-the-counter medications; on-site laboratory testing to include finger-stick blood sugar, urine dipstick for pregnancy and/or infection, and tuberculosis skin tests; and disposable medical supplies intended for one-time use; durable or



reusable equipment; and medical waste removal necessary for performance at the Detention Facility. All medical care provided by ACH shall be rendered by professionals licensed to practice in the State of Alabama. A nurse practitioner may be used in the physician schedule only as approved by the Sheriff.

4.     **FACILITY:**  The Detention Facility is operated by the Sheriff. As of July 8, 2006, the Detention Facility consists of the following facilities: (1) the facility located at 815 Wheeler Avenue (commonly known as and referred to herein as the "Main Facility"), (2) the 9th and 10th floors of the Madison County Courthouse (commonly known as and referred to herein as the "Courthouse Facility"), and (3) the facility located at 700 Wheeler Avenue (commonly known as and referred to herein as the "Annex Facility"). These three facilities comprising the Madison County Detention Facility are sometimes collectively referred to herein as the "Jail" or the "Detention Facility".

5.     **INMATE POPULATION:**  The Detention Facility houses both male and female pretrial detainees, sentenced inmates with sentences of generally less than one year, and work-release inmates. The Detention Facility houses both misdemeanants and felons. ACH will provide necessary healthcare to all residents of the Detention Facility, including those inmates considered to be "work-release inmates" while the work-release inmates are housed within the Detention Facility. This contract is based upon a 900 inmate daily population.

6.     **MINIMUM QUALIFICATIONS AND REQUIREMENTS:**  The Sheriff requires and ACH represents and warrants that it will meet certain minimum requirements. At a minimum, ACH will strictly comply with the following:

A.     **ORGANIZATION:** ACH will have an on-site manager/coordinator with jail healthcare experience to serve as a liaison between ACH, the Sheriff, and representatives of the Sheriff or the Madison County Commission.

B.     **INSURANCE:** ACH covenants to furnish, and it is understood and agreed that ACH shall procure at its own expense, and maintain in force throughout the entire term of this Agreement, including any renewal terms, General Liability, Professional Liability, and Medical Malpractice Insurance providing coverage for claims including professional liability, negligence, and claims asserted pursuant to 42 U.S.C. § 1983 in the amount of One Million Dollars ($1,000,000) per occurrence, and Three Million Dollars ($3,000,000) aggregate, insuring all claims that may arise out of the course and scope of this Agreement. Madison County, its officers, agents and employees, and the Sheriff and all agents and employees of the Sheriff, shall be additional named insureds on the aforesaid policies of insurance. As between insurance coverage provided by other sources to the above named entities and individuals and ACH's insurance coverage, ACH's insurance coverage shall be primary. ACH shall furnish the Sheriff and Madison County with original certificates of its insurance policy obtained in compliance with this Section. The Madison County Administrator shall be furnished with a copy of said policy. Such certificate shall be furnished on or before the commencement of ACH's operations pursuant to this Agreement. ACH shall require its insurance carrier to notify, in writing, the Madison County Administrator and the Sheriff of any changes, endorsements, amendments or cancellations of such insurance policies at least ten (10) days prior to the

DOCSHSV\16430\3\                                2

effective date of such change. ACH's insurance policies shall be written by an insurance company or companies authorized by the Commissioner of Insurance of the State of Alabama to do business in the State of Alabama. ACH herein agrees and covenants to pay on demand any deductible amount or self insured risk required by said insurance company and/or any insurance policy of Madison County which may be utilized by any person, company or other entity on any claim made against Madison County, or the Sheriff (or those persons or entities associated with them) as a result of any service from or related to this Agreement. Should ACH's insurance provider withdraw coverage or become insolvent, all claims, litigation costs, attorney fees and any judgment or settlement money will be paid by ACH.

      **C.**     **SPECIFICALLY DESIGNED SERVICE AND TRANSITION:** ACH will provide a healthcare system (including written policies and procedures) specifically designed and tailored for the operation of the Detention Facility. ACH will participate in required meetings with Health Assurance, LLC ("HALLC") representatives and the Sheriff's staff to ensure the orderly transition of healthcare services from HALLC (the current provider) for the express purpose of educating and training regarding any requested changes to policies and procedures. ACH will be required to provide the Sheriff with a written transition plan and a policy and procedure manual (specifically designed for use in the Detention Facility) to be used upon transition.

      **D.**    **INDEMNIFICATION:**

          ACH agrees to indemnify and save harmless Madison County, and the Sheriff, and their respective supervisors, agents, officers, employees, and officials from and against any and all liability, loss, damages, interest, judgments and liens growing out of any and all costs and expenses (including, but not limited to, reasonable attorney fees and disbursements) arising out of or incurred in connection with any and all claims, demands, suits, actions or proceedings, which may be brought against Madison County, the Sheriff, respective supervisors, agents, officers, employees, and officials by reason of, or as the result of (1) acts or omissions of ACH, its agents, servants, or employees related in any way to or while in the performance of this Agreement; (2) any allegations of an act or omission, conduct or misconduct, of ACH, its agents, servants or employees not included in the paragraph above and for which the County, the Sheriff, or their agents, servants, or employees are alleged to be liable; and (3) any allegation of employment discrimination by an ACH employee.

          Madison County and the Sheriff agree to indemnify and save harmless ACH from and against any and all liability, loss, damages, interest, judgments and liens growing out of any and all costs and expenses (including, but not limited to, reasonable attorney fees and disbursements) arising out of or incurred in connection with any and all claims, demands, suits, actions or proceedings, which may be brought against ACH by reason of, or as the result of (1) acts or omissions of Madison County, the Sheriff, or their respective supervisors, agents, officers, employees, and officials related in any way to or while in the performance of this Agreement; (2) any allegations of an act or omission, conduct or misconduct, of Madison County, the Sheriff, or their respective supervisors, agents, officers, employees, and officials not included in the paragraph above and for which ACH is alleged to be liable; and (3) any allegation of employment

ACH000303

discrimination by Madison County, the Sheriff, or their respective supervisors, agents, officers, employees, and officials.

E.    NCCHC STANDARDS:   Healthcare services must be provided in substantial compliance with the current Jail Health Standards published by the National Commission on Correctional Healthcare (NCCHC).  ACH may, but is not required to, seek accreditation from NCCHC.

F.    INMATE CARE STANDARDS:   ACH represents and warrants that services provided at the Detention Facility will at all times be in compliance with all aspects of the November 8, 2000, March 26, 2001, and November 26, 2001, Orders entered in the case of Marshall v. Dorning, In the United States District Court for the Northern District of Alabama, CV-78-C-5010-NE.  In the event that any provision varies from those requirements contained within the consent orders, then the requirements within the consent orders will control. Furthermore, ACH represents and warrants that such services shall at all times be in compliance with the following requirements:

Inmates in the detention facility shall have access at all times to constitutionally adequate healthcare.  To this end, ACH must provide 24-hour/7 days per week nursing coverage at the Courthouse Facility and the Main .Facility, provided that the Main Facility has a sufficient number of nurses to address in a timely manner the healthcare needs of any inmates held at the annex buildings.  In addition, all 14-day physical exams must be performed by nurses or higher level practitioners appropriately trained in physical assessment. Licensed practical nurses must be supervised by a registered nurse, nurse practitioner, physician's assistant, or physician as required by the Alabama Board of Nursing.  The medical director shall review and approve each physical assessment performed on any inmate.

On an annual basis, the medical director, in conjunction with the treating psychiatrist (with regard to psychiatric illness) and obstetrician/gynecologist (with regard to obstetrical and gynecological issues), shall review and update triage protocols and nursing protocols to ensure that they are in accordance with the community standard of care specific to each medical condition, and train all nurses on the proper use of these protocols.  The triage protocols developed by the medical director shall indicate whether a condition requires routine (within four weeks), urgent (within two days), or emergency (immediate) referral to a physician. There shall be sufficient physician hours each week to ensure that inmates are seen by a physician at the appropriate interval as determined by the triage protocol.

The medical director shall review the referral decisions by nurses to physicians on a weekly basis to ensure that individuals whose serious medical, dental, and mental health conditions require treatment are being referred in an appropriate and timely way consistent with the standard of care.  This shall include referral of individuals newly admitted to the detention facility who suffer from acute or chronic illnesses.  If the medical director determines that referrals are not appropriate and timely, he or she shall take immediate steps to counsel and train the nurses in proper referral practices.

ACH000304

An obstetrician/gynecologist shall be available at the detention facility at least twice each month to provide adequate prenatal care to pregnant women and to treat women with gynecological problems. No more than once a month, a certified registered nurse practitioner specializing in obstetrics/gynecology may visit the detention facility in place of the obstetrician/gynecologist. If, according to the triage protocols developed by the medical director and obstetrician/gynecologist, a female prisoner requires treatment prior to the next visit by the obstetrician/gynecologist, she shall receive such treatment at the appropriate interval.

ACH shall ensure that a psychiatrist is at the detention facility a sufficient amount of time each week to provide timely and adequate treatment for inmates with serious mental illness, in accordance with the triage protocols established by the medical director and psychiatrist.

G.   **OFF-SITE SERVICES:**  ACH will identify the need for inmate care to be rendered outside the Detention Facility and to schedule, coordinate, and pay for all non-emergency, emergency, and specialized healthcare rendered to inmates inside and outside the Detention Facility. ACH will identify the need for inpatient hospitalization of inmates and to schedule, coordinate, and pay for any inpatient hospitalization for such inmate. ACH is responsible for all institutional charges, physician charges and any and all additional charges for healthcare, including but not limited to ambulance charges up to an agreed upon limit described elsewhere herein. ACH will review every invoice submitted to it for payment of off-site services to confirm that such services were actually provided to the inmate while he was in the custody of the Sheriff. When off-site care, including hospital care, is required for approved medical reasons, ACH shall arrange for said care and be financial responsible for cost of ambulance transportation, if medically indicated, and the cost of all approved medical and dental care, diagnostic testing and supplies provided off-site while the Patient is a Detention Facility inmate, subject to the financial liability limit noted in Section U. ACH shall arrange all off-site treatment and care in accordance with the Sheriff's policies and procedures.

H.   **SPECIFIC OBLIGATIONS:**

1.   ACH will identify the need, schedule and coordinate:

All physician services, supporting diagnostic examinations, follow up for health problems identified by screening or laboratory tests, non-emergency and emergency medical care rendered to inmates inside and outside the Detention Facility;

Inpatient hospitalization or offsite specialty service for any inmate at the Detention Facility;

Providing a responsible physician who will conduct sick call five (5) days per week and provide an on call physician or a designee seven days per week, twenty four hours per day for emergency situations;

ACH000305

Psychiatric, psychological and counseling services for any inmates inside the Detention Facility;

Providing a total pharmaceutical system for the Detention Facility;

Providing a medical detoxification program for drug and/or alcohol addicted inmates;

Providing all equipment with the exception of capital outlay equipment. ACH shall provide at its own expense, a photocopier, facsimile machines, telephones and supplies necessary for ACH's performance at the Detention Facility;

Providing all medical supplies;

Providing consultation services to the Sheriff and Director of Corrections on any and all aspects of the health care delivery system at the Detention Facility, including but not limited to, a comprehensive strategic plan; site specific policies, procedures and protocol; pier review; introductory in-service training for correctional officers with regard to accessing inmate healthcare services; continuous quality improvement; cost containment; utilization management and risk management programs; HIPPA and NCCHC compliance programs specific to the Detention Facility's medical operations;

Providing a centralized billing system for health care providers;

Administering emergency medical care to any employee or visitor at the Detention Facility who requires such care.

Administering, within twenty-four hours of arrival and prior to being placed in a general population cell outside of the booking area, for all new inmates at the Detention Facility, an initial medical, oral and psychological screening. A standard form to record findings of the initial screening and evaluation will be utilized. The form is placed in the patient's medical file. At a minimum, initial screenings will include:

Documentation of current illnesses and health problems, including medications taken, and special health requirements.

Behavior observations, including state of consciousness, mental status, and whether the inmate is under the influence of drugs or alcohol.

Notation of body deformities, trauma markings, bruises, ease of movement, etc.

Conditions of skin including infestations.

ACH000306

Referral of the inmate for special housing, emergency health services, or additional medical specialties will be made as needed.

Administering a full health assessment, including a comprehensive physical and psychological evaluation on any inmate confined at Detention Facility within fourteen days of arrival at the facility. This examination will conform to national medical standards, and be performed by a qualified medical professional. At a minimum, the comprehensive evaluation will include:

Review of the receiving screening results by the Medical Director or the responsible physician

Collection of additional data to complete the medical, dental and psychological histories

Review of immunization history and update scheduled as needed Laboratory and/or diagnostic tests (as determined by the responsible physician to detect diseases, the assessment will include:

TB testing

Sexually transmitted diseases testing including HIV

Full blood work up

Dental examination

Vision examination

Recording of height, weight, blood pressure and temperature

Other tests and examinations as appropriate

Medical (including gynecological assessments of females) with appropriate comments

Review of the results of the medical examination and tests, and identification of problems by physician

Obstetrical follow-up.

Administering a psychological screening to include at a minimum an interview conducted by the appropriate staff in which inquiries into the items listed below are made: History of psychiatric hospitalization and outpatient treatment; Family history; Current psychotropic medications; suicidal ideation and suicidal behavior; Drug usage; Alcohol usage; History of sex offenses; History of outwardly

ACH000307

violent behavior; History of victimization or abuse; Special education placement; History of cerebral trauma and seizures; Emotional response to detainment.

ACH shall perform the collection of physical evidence (hair, blood, saliva) for the purpose of DNA testing on-site with signed consent from the inmate in accordance with applicable NCCHC guidelines. Court ordered collection of physical evidence shall be referred to the appropriate emergency room. ACH shall not be financially responsible for any costs associated with the collection or testing of physical evidence, including but not limited to any associated medical and/or laboratory fees, added personnel and court costs and the costs of DNA collection.

ACH shall perform body cavity searches on-site with signed consent from the inmate in accordance with applicable NCCHC guidelines. Court ordered body cavity searches shall be referred to the appropriate emergency room. ACH shall not be financially responsible for any costs associated with a body cavity search, including but not limited to any associated medical and/or laboratory fees, added personnel and court costs.

ACH shall provide health education materials to the Sheriff for inmate education.

ACH shall review at scheduled quality assurance meetings the healthcare reports with the Sheriff and/or his designee concerning the overall operation of the healthcare services program and the general health of the inmates at the Detention Facility.

ACH representatives shall meet, in accordance with a schedule agreed to by the Sheriff and ACH, with the Sheriff and/or his designee concerning procedures within the Detention Facility and any proposed changes in health related procedures or other matters which either party deems necessary.

ACH will not be responsible for the following: elective care, infant care and certain other enumerated expenses as provided herein. ACH shall not provide elective medical care to inmates. Elective medical care shall be defined as care which, if not provided, would not, in the opinion of ACH's medical director (licensed physician employed by ACH), cause the inmate's health to deteriorate or cause harm to the inmate's well-being. Decisions concerning elective medical care shall be consistent with the applicable American Medical Association ("AMA") standards. ACH shall not be financially responsible for the cost of medical care provided to infants born to Detention Facility inmates. ACH

ACH000308

will provide and be financially responsible for prenatal care, testing and hospital care related to pregnancy and delivery as medically indicated for Detention Facility inmates, subject to the financial liability limit noted in Section U, but newborn/infant care is not within the scope of this Agreement. ACH will not be responsible for any other expenses, including, but not limited to, dentures and dental restoration, optical care, eyeglasses and optical supplies, prosthetics and prosthetic supplies.

2.      Duties and Obligations of the Sheriff.

The Sheriff shall maintain responsibility for the physical security of the Detention Facility and the continuing security of the inmates. ACH and the Sheriff agree that adequate security services are necessary for the safety of the agents, employees and subcontractors of ACH as well as of the security of inmates and the Sheriff's staff consistent with a correctional setting. The Sheriff will provide security sufficient to enable ACH and its personnel to safely provide healthcare services described in this Agreement. The Sheriff and Madison County shall not be liable for loss of or damage to equipment and supplies of ACH, its agents, employees or subcontractors unless such loss or damage was caused by the sole negligence of the Sheriff's employees. The Sheriff shall provide use of existing office furniture, including but not limited to, filing cabinets, desks and chairs and all necessary utilities currently in place at the existing healthcare facilities located in the Detention Facility. Upon termination of this Agreement, ACH shall return to Madison County and to the Sheriff possession and control of all County-owned medical and/or office equipment. At such time, the office's furniture shall be in good working order with allowances made for reasonable wear and tear.

The Sheriff shall provide, as needed, information pertaining to inmates that ACH and the Sheriff mutually identify as reasonable and necessary for ACH to adequately perform its obligations to the Sheriff.

I.      **INMATE CO-PAYMENT:** The Sheriff has a policy of charging inmates a $5.00 co-payment fee for certain pharmaceuticals and services the on-site healthcare provider provides to inmates. No inmates are denied healthcare or necessary pharmaceuticals based on their ability or lack thereof to pay the co-payment fee. ACH will complete appropriate documentation and provide the same to the Sheriff or his designee to ensure that co-payment charges are deducted from appropriate inmate jail accounts.

J.      **SATISFACTION WITH HEALTHCARE PERSONNEL:** In recognition of the sensitive nature of the provision of medical services in the Detention Facility, ACH will remove any employee or contractor from the Detention Facility in the event the Sheriff becomes dissatisfied with any healthcare personnel provided by ACH and provides written notice regarding the same. ACH will be required to conduct appropriate background checks and submit appropriate documentation to the Sheriff regarding each employee or contractor providing services herein. The Sheriff will also have the option of performing an independent background

DOCSHSV\164301\3\                              9

ACH000309

check of all employees and contractors, and ACH shall obtain any necessary waivers or consents to allow the Sheriff to conduct certain background checks. The Sheriff's option to perform an independent background check in no way absolves ACH from its obligations hereunder. All persons rendering services on behalf of ACH shall be licensed, certified, or registered, as appropriate, in their respective areas of expertise as required by applicable Alabama law, and appropriate supervision shall be provided as required by applicable Alabama law.

   **K. TRANSPORTATION AND MOVEMENT OF INMATES:** Non-emergency transportation of inmates will be performed by appropriate members of the Sheriff's staff. Emergency transportation of inmates will be performed by appropriate emergency response personnel summoned by ACH.

   **L. INMATE MEDICAL RECORDS:** ACH will establish policies and procedures addressing the medical record format and documentation requirements. ACH will ensure that medical record formats are maintained in a standardized format in accordance with prevailing medical regulations. A medical record will be established for each inmate who receives care beyond the initial intake screening. ACH will maintain a comprehensive health care record that at a minimum will include the following: Complete receiving; Health assessment data forms; Master problem list; All findings diagnoses treatments, and dispositions; Prescribed medication and their administration; Reports of laboratory, x-ray and diagnostic studies; Signature and title of each documenter; Consent and refusal forms when applicable; Release of information forms when applicable; Place, date and time of health encounter; Discharge summary of hospitalizations; Mental Health Program. Medical records of inmates shall be kept separate from the inmates' confinement records. A complete original of the applicable medical records shall be available to a company each inmate who is transferred from the Detention Facility to another location for off-site services or to another institution. Medical records shall be confidential, subject to applicable law regarding confidentiality of such records. ACH shall comply with Alabama and federal laws and the Sheriff's policies with regard to access by inmates and jail staff to medical records. No information contained in the medical records of an inmate shall be released by ACH except as provided by the Sheriff's policy, by a Court order or otherwise in accordance with applicable laws. At expiration of the contract, all medical records shall be delivered to and remain the property of the Sheriff. However, the Sheriff shall provide ACH with reasonable on-going access to all medical records even after the expiration of this Agreement for the purpose of defending litigation. Inmate medical records shall at all times be the property of the Madison County Sheriff. ACH shall make available to the Sheriff, unless otherwise specifically prohibited, at the Sheriff's request, all records, documents and other papers relating to the direct delivery of healthcare services to Detention Facility inmates hereunder. During the period of this Agreement, and for a reasonable time thereafter, the Sheriff will provide ACH, at ACH's request, the Sheriff's record relating to the provision of healthcare services to inmates as may be reasonably requested by ACH in connection with an investigation of, or defense of, any claim by a third party related to ACH's conduct. Consistent with the applicable state and federal laws and the foregoing provisions, the Sheriff will make available to ACH such records as are maintained by the Sheriff as ACH may reasonably request. Any such information provided by the Sheriff to ACH that the Sheriff considers confidential shall be kept confidential by ACH and shall not, except as may be required by law, be distributed to any third party without prior written approval by the Sheriff. Notwithstanding any provision of this

ACH000310

Agreement to the contrary, the Sheriff's internal affairs investigation records shall not be required to be provided to ACH or any other person except as may be required by law.

      **M.    REPORTING REQUIREMENTS:**  ACH must notify the Sheriff's staff of any inmate believed to have any medical or mental health condition posing a potential threat to inmate or officer wellbeing (such as inmates suspected of having tuberculosis or other communicable diseases or conditions), provide general medical information regarding these medical conditions and provide protocol to be taken when housing, transporting, and interacting with inmates suspected of having these diseases or conditions.  ACH must provide a comprehensive internal quality improvement program, which includes conducting an on-going evaluation of compliance with its policies and procedures (in compliance with the requirements contained within relevant consent orders and this contract), with monitoring results documented and reported on a quarterly basis to the Sheriff. ACH must provide monthly statistical utilization reports of services provided, including all off-site services provided sorted by provider and by inmate.  ACH must provide monthly staffing reports describing all staffing for the previous month by name, position, location and number of hours.  The monthly statistical reports must, <u>at a minimum</u>, include the following information:

| **ADMITTING INFORMATION** |
| --- |
| Number of inmates admitted to the Madison County Detention Facility during the previous month. |
| **INTAKE SCREENING** |
| Number of newly admitted inmates whose intake screening forms were not reviewed by a qualified healthcare professional within 24 hours of intake. |
| Out of the number of intake screening forms not reviewed by a qualified healthcare professional within 24 hours of intake (number listed above), number of these inmates who were released from the Madison County Detention Facility <u>less</u> than 24 hours from the time they were admitted to the Madison County Detention Facility. |
| Percent of intake screening forms reviewed within 24 hours of intake for inmates remaining in the Madison County Detention Facility more than 24 hours. |
| **PHYSICALS AND TB TESTING** |
| Number of inmates who should have received their 14-day physicals, including TB tests, during the previous month. |
| **PHYSICALS** |
| Number of inmates who received their physicals within 14 days of their incarceration in the Madison County Detention Facility. |
| Number of inmates who did not receive physicals because they had a recent physical from previous incarceration. |

ACH000311

| |
|---|
| Number of inmates who refused their physical. |
| Number of inmates who received their physicals after 14 days but before 21 days of intake. |
| Percent of inmates who received their physicals within 21 days of intake, who had recent physicals, or who refused their physicals. |
| **TB TESTING** |
| Number of inmates who received a mantoux test within 14 days of intake. |
| Number of inmates who refused a mantoux test. |
| Number of inmates who received a mantoux test after 14 days of intake. |
| Number of inmates who did not receive a mantoux test because of recent mantoux testing from previous incarceration in the Madison County Detention Facility or because the inmate reported a prior PPD. |
| Percent of inmates to be tested who received a mantoux test within 14 days of incarceration, who received a mantoux test after 14 days of intake, who had recently been tested, or who reported a prior PPD. |
| **MANTOUX TEST READING** |
| Number of inmates who had their mantoux test read between 48 and 72 hours after it was implanted. |
| Number of mantoux tests that could not be read because the inmate had been released from jail. |
| Percent of mantoux tests read between 48 and 72 hours after implantation. |
| **TB CHEST X-RAYS AND RESULTS** |
| Number of inmates who had a positive result to the mantoux test. |
| Number of inmates who received a chest x-ray within 96 hours of a positive mantoux test result. |
| Number of inmates who did not receive a chest x-ray because they had been released from jail. |
| Number of inmates who received chest x-rays who were started on INH therapy. |
| Number of inmates who were diagnosed with active tuberculosis after receiving a chest x-ray. |
| Number of inmates diagnosed with active tuberculosis during previous month. |

ACH000312