

FILED
2019 Aug-16 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MADISON COUNTY SHERIFF ) <br> BLAKE DORNING and MADISON ) <br> COUNTY, ALABAMA, ) <br>   ) <br>     PLAINTIFFS, ) <br>   ) <br> VS. ) <br>   ) <br> ADVANCED CORRECTIONAL ) <br> HEALTHCARE, INC., ) <br>   ) <br>     DEFENDANT. ) | CASE NO. 5:15-cv-01997-HNJ |

### PARTIES' REPORT TO THE COURT REGARDING SETTLEMENT

COME NOW the plaintiffs, Madison County Sheriff Blake Dorning and Madison County, Alabama, and the defendant, Advanced Correctional Healthcare, Inc., and hereby report to the Court that this matter has been resolved and a settlement agreement has been executed.  Following receipt of final payment, the parties anticipate filing a stipulation of dismissal with prejudice with the Court.

Respectfully submitted this the 16th day of August, 2019.

4836-8019-5745.1

| | |
|---|---|
| /s/ David J. Hodge | /s/ H. Harold Stephens |
| David J. Hodge | H. Harold Stephens |
| Joseph D. Aiello | Harold D. Mooty, III |
| MORRIS KING & HODGE, P.C. | BRADLEY ARANT BOULT CUMMINGS LLP |
| 200 Pratt Avenue, NE | 200 Clinton Avenue West, Suite 900 |
| Huntsville, AL  35801 | Huntsville, AL  35801 |
| Telephone:  (256) 536-0588 | Telephone:  (256) 517-5100 |
| Facsimile:  (256) 533-1504 | Facsimile:   (256) 517-5200 |
| E-mail:  dhodge@mkhlawyers.com | E-mail:  hstephens@bradley.com |
|           jaiello@mkhlawyers.com |            hmooty@bradley.com |
| *Counsel for Plaintiffs* | *Counsel for Advanced Correctional Healthcare, Inc.* |

### CERTIFICATE OF SERVICE

I hereby certify that on August 16th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David J. Hodge, Esq.
Joseph D. Aiello, Esq.
Morris, King & Hodge, P.C.
200 Pratt Avenue, NE
Huntsville, AL  35801
*Counsel for Plaintiffs*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

/s/ H. Harold Stephens
Of Counsel